# United States District Court
## Southern District of Georgia

Victor Jermaine Mercer;
and Berniesha Shariece Cooper,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 6:17-cv-51

Bulloch County Board of Commissioners; Lynn M. Anderson, in his previous official capacity as Sheriff of Bulloch County, Georgia; SGT Kent Munsey, in his individual and official capacity; Officer Jared Shababy, in his individual and official capacity; and APO Kyle Briley, in his individual and official capacity,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated January 23, 2019, judgment is hereby entered dismissing the case without prejudice for Plaintiffs' failure to prosecute.

Approved by: _____



January 31, 2019
Date

Scott L. Poff
Clerk

_____
(By) Deputy Clerk